ISABELLE ORD (SBN 198224)
ANDREW SERWIN (SBN 179493)
MATTHEW DANAHER (SBN 351055)
isabelle.ord@us.dlapiper.com
andrew.serwin@us.dlapiper.com
matt.danaher@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone: 415.836.2500
Facsimile: 415.836.2501

JEFFREY DEGROOT (*pro hac vice application pending*)
jeffrey.degroot@us.dlapiper.com
VIRGINIA WEEKS (*pro hac vice application pending*)
virginia.weeks@us.dlapiper.com
**DLA PIPER LLP (US)**
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Telephone: 206.839.4800
Facsimile: 206.839.4801

Attorneys for Defendants
FARMERS INSURANCE EXCHANGE, FARMERS GROUP, INC., FARMERS NEW WORLD LIFE INSURANCE COMPANY, TRUCK INSURANCE EXCHANGE, AND FIRE INSURANCE EXCHANGE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

*In re Farmers Security Incident Litigation*

This Document Relates to: All Actions

Case No. 2:25-cv-07972-MWF(AYPx)

**DECLARATION OF RACHEL ROBINSON IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**

Date: Oct. 19, 2026
Time: 10:00 a.m.
Judge: Hon. Michael W. Fitzgerald
Courtroom: 5A

I, Rachel Robinson, declare as follows:

**BACKGROUND**

1. I am Managing Director and Head of Research at Prescient, a tech-enabled intelligence, investigation, and risk advisory firm. Prescient leverages proprietary investigative tools, industry-leading monitoring technology, and a proprietary database with billions of records to mitigate risks posed by data breaches and adversarial actors. Among other capabilities, Prescient offers dark web intelligence in the form of assessments, monitoring, and direct access to our proprietary datasets via API.

2. I am an investigator with more than 13 years of experience, including five years of experience in investigations involving compromised credentials and other deep and dark web sources. During this time, I have conducted and led hundreds of public records and open-source investigations on behalf of law firms, corporations, financial institutions, and government agencies.

3. I have been employed as an investigator by Prescient since 2021. As Head of Research, a title I have held since 2024, I am responsible for research standards and education at Prescient. At Prescient, I lead complex investigations involving both traditional public records (such as court and property records) and online open-source intelligence. From 2016 to 2021, I was employed as an investigator by Berkeley Research Group, in its Global Investigations + Strategic Intelligence practice, where I held the title of Managing Consultant. Prior to this, from 2012 to 2016, I was employed by investigations firm Kroll Associates and held the title of Associate Director. My investigations typically include research of an individual's presence in deep and dark web sources, in particular leaked credential repositories of breached data records. My most recent CV is attached hereto as **Exhibit A**.

4. I have been retained by Farmers Insurance Exchange, Farmers Group, Inc., Farmers New World Life Insurance Company, Truck Insurance Exchange, and Fire Insurance Exchange (collectively, "Farmers") to provide my expert opinion

related to the information Plaintiffs allege was exposed in the May 29, 2025 data security incident on Farmers Salesforce database (the "Incident") and whether such information was already in the public domain at the time of the Incident. My findings are based on information available to me as of the date of this declaration. Additional investigation and analysis may result in the discovery of additional information concerning some or all of the Plaintiffs on the dark web or publicly. My analysis is prepared by me directly or by staff working under my supervision and direction.

5. My findings are based on the information and materials I reviewed as well as my experience, training, education, and knowledge in the fields of public records and deep and dark web investigations.

**ANALYSIS OF EXPOSURE OF PLAINTIFFS' INFORMATION**

6. I understand that after discovering the Incident, Farmers provided notice of the Incident to each Plaintiff stating the information exposed for that individual in the Incident.

7. My team conducted searches within Prescient's in-house repository of tens of billions of compromised records and found evidence of leaked personally identifiable information (PII) for all of the named Plaintiffs, unrelated to the Incident. For all named Plaintiffs their **full** Social Security numbers were already available on the dark web **prior to May 29, 2025**.

8. Social Security Numbers for all of the named Plaintiffs were exposed following the 2023 National Public Data breach. By that time, Social Security numbers for two Plaintiffs – Jacqulyn McGlynn and Josko Smolcic – had already been exposed, after an AT&T data breach in 2021.

9. For Plaintiff Christina Scorio, I determined that she is a plaintiff in another class-action lawsuit, *Blount v. Oracle Health, Inc.*, 4:25-cv-00259 (W.D. Mo., filed April 11, 2025), where, in her underlying complaint, she alleges damages from the exposure of her personal information, including her Social Security number. *See Scorio*

*v. Cerner Corp.*, No. 4:25-cv-00229-FJG (W.D. Mo.), ECF No. 1 ¶¶ 6, 30, 41 (consolidated into *Blount*). As Plaintiff Scorio alleged in this prior complaint that her Social Security number was exposed on or around January 22, 2025, it is not possible for her to directly attribute any misuse of her information to the later exposure of just the last four digits of her Social Security number in the Incident.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at Chicago, Illinois, on this 18 day of June 2026.

By: */s/*
Rachel Robinson